IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| KEVIN YASHTINSKY,<br><br>               *Plaintiff*,<br>v.<br><br>WALMART, INC.,<br><br>               *Defendant*. | Case No. 5:19-CV-05105-TLB |

**DEFENDANT WALMART INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1, Defendant, Walmart Inc. states as follows: Walmart Inc. does not have a parent corporation and no corporation holds 10% or more of its stock.

Dated: July 26, 2019

Respectfully submitted,

*/s/ Meredith C. Slawe*
Meredith C. Slawe (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1202 Phone
(215) 965-1210 Fax
mslawe@akingump.com

Karen P. Freeman
Ark. Bar No. 2009094
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive, Suite 200
Rogers, AR 72758
(479) 464-5682 Phone
(479) 464-5680 Fax
kfreeman@mwlaw.com

*Attorneys for Defendant Walmart Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on July 26, 2019, I caused a true and correct copy of the above foregoing documents to be filed with the Court's CM/ECF system, which served notice on all counsel of record.

        */s/ Meredith C. Slawe*
        Meredith C. Slawe