IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN YASHTINSKY on behalf of himself and all others similarly situated     PLAINTIFF

V.     CASE NO. 5:19-CV-5105

WALMART, INC.     DEFENDANT

## ORDER OF DISMISSAL

It is **ORDERED** that the case be, and it is hereby, **DISMISSED WITH PREJUDICE**, with the respective parties bearing their own costs and fees.

Plaintiff may seek to reopen this action within thirty (30) days of entry of this Order.

**IT IS SO ORDERED** on this 6th day of February, 2020.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE